```
 1   PETER C. ANDERSON
     UNITED STATES TRUSTEE
 2   JILL M. STURTEVANT, State Bar No. 089395
     ASSISTANT UNITED STATES TRUSTEE
 3   RON MAROKO, State Bar No. 124770
     TRIAL ATTORNEY
 4   OFFICE OF THE UNITED STATES TRUSTEE
     915 Wilshire Boulevard, Suite 1850
 5   Los Angeles, California 90017-5418
     (213) 894-4520 telephone; (213) 894-2603 facsimile
 6   Email: ron.maroko@usdoj.gov
```

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division**

| | |
|---|---|
| In re:<br><br>**MS DIAGNOSTIC LABORATORY, LLC,**<br><br>　　　　Debtor. | Case No.: 2:18-bk-15114-BR<br>Chapter 11<br><br>OPPOSITION TO EMPLOYMENT APPLICATION OF LO & LO, LLP AS DEBTOR'S COUNSEL; REQUEST FOR HEARING<br><br>Hearing Date: Not yet set<br>Courtroom: 　1668 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, DEBTOR'S PROPOSED ATTORNEY, AND ALL INTERESTED PARTIES:**

　　**NOTICE IS HEREBY GIVEN** that the Peter C. Anderson, the United States Trustee for Region 16, ("hereinafter "United States Trustee") hereby opposes Debtor's Application to Employ Lo & Lo, LLP ("Applicant") as its counsel ("Application"; docket #27). Pursuant to the procedure in Local Bankruptcy Rule 9013-1(o)(4), this opposition is also a request that the Applicant set the Application for hearing.

　　Debtor's bankruptcy case was filed on May 2, 2018. Lo & Lo, LLP filed Debtor's petition as attorney of record. This Application was filed on June 7, 2018 (docket #27). Proposed counsel previously, filed on May 14, 2018 (docket #20), an employment application using the Court's form motion for **individual** bankruptcy cases. That application states that the source of funds to pay the retainer was from Debtor and "other", without specifying the individual or entity that was the other person.

/ / /

**1. Experience of proposed counsel.** The Application raises concerns that proposed counsel may not have attained sufficient experience level to render the proposed services to a chapter 11 debtor. As disclosed in the Application, proposed counsel has represented 18 chapter 11 debtors, but in none of the cases has counsel "prepared a chapter 11 plan and obtained an order confirming the plan." Application page 8, ¶ 6.[1] Thus, more information is needed as to what transpired in those cases that resulted in no plans being confirmed. If the cases were dismissed, then the supplement should explain the circumstances surrounding the dismissal (e.g., failure to file schedules, etc.).

In addition, Debtor's first monthly operating report "MOR" was filed on June 15, 2018 (docket #27). The United States Trustee analyst is reviewing the MOR. However, a glance at the MOR reflects that the check register is not reporting checks sequentially and does not reflect a payee. One of the proposed duties of counsel preparing the MORs for debtor. Application page 5, ¶ 2(viii). This also is relevant to proposed counsel's experience to the extent proposed counsel is preparing, or at a minimum reviewing, the MORs,

It is also unclear from reviewing the MOR whether Debtor is complying with the cash collateral stipulation (docket #16) or improperly paying pre-petition creditors. Both these matters relate to proposed counsel's experience and ability to successfully propose and confirm a reorganization plan.

///
///
///
///
///
///
///

---

[1] The firm resume for Jonathan Lo, attached to the Application, used the phrase "successfully completed many Chapter 7, 11 and 13 cases." Applicant should provide additional detail of how the chapter 11 cases were successful.

**WHEREFORE**, based upon the foregoing, and as currently presented in the employment application, the United States Trustee prays for an order: (1) sustaining the United States Trustee's opposition; (2) denying Debtor's application to employ Lo & Lo, LLP as Debtor's counsel, and (3) such other and further relief as the Court believes just and proper.

Dated: 6/21/18

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: /s/ Ron Maroko
Ron Maroko
Attorney for the United States Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**915 Wilshire Boulevard, Suite 1850, Los Angeles, California 90017**

A true and correct copy of the foregoing document entitled (*specify*): OPPOSITION TO EMPLOYMENT APPLICATION OF LO & LO, LLP AS DEBTOR'S COUNSEL; REQUEST FOR HEARING

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ____6/21/18_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

                                                                               X    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) ____6/21/18_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

                                                                               X    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____6/21/18_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.
**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

                                                                               X    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/21/18 | Ron Maroko | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                          F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Michael Y Lo   (Debtor's counsel)   bklolaw@gmail.com, jaylo1225@gmail.com
Ron Maroko      ron.maroko@usdoj.gov
Jolene Tanner   jolene.tanner@usdoj.gov, USACAC.criminal@usdoj.gov
Tamar Terzian   tamar@terzlaw.com, cynthia@terzlaw.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

2. **SERVED BY U.S. MAIL:**
   **Debtor**
   MS Diagnostic Laboratory LLC
   Attn: Montano Geronimo. Jr.
   128 West Olive Avenue
   Monrovia, CA 91016

3. **SERVED BY FEDERAL EXPRESS:**

   U.S. Bankruptcy Court
   255 E. Temple Street, Room 940
   Los Angeles, CA 90012
   Attn: Mail Room Clerk - Judges Copy

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                          **F.9013-3.1.PROOF.OF.SERVICE**