```
PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
RON MAROKO, State Bar No. 124770, TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
(213) 894-4520 telephone; (213) 894-2603 facsimile
Email: ron.maroko@usdoj.gov
```

**FILED & ENTERED**

**JUL 19 2018**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - Los Angeles Division

| | |
|---|---|
| In re:<br><br>MS DIAGNOSTOC LABORATORY, LLC,<br><br>Debtor. | Case No.: 2:18-bk-15114-BR<br>Chapter 11<br><br>ORDER DIRECTING THE APPOINTMENT OF A CHAPTER 11 TRUSTEE<br><br>Hearing Date:  July 18, 2018<br>Time:               10:00 AM<br>Place:              Courtroom 1668 |

The Court heard its Order: (1) Setting Deadline for Filing Chapter 11 Disclosure Statement and Plan of Reorganization; (2) Setting Preliminary Hearing on Adequacy of Disclosure Statement and Plan of reorganization; and (3) setting forth mandatory contents of chapter 11 disclosure statement and chapter 11 plan of reorganization ("Adequacy Hearing"; docket #7), at the above date and time.  Ron Maroko appeared on behalf of the United States Trustee.  Jonathan Lo appeared on behalf of Debtor.  Jolene Tanner appeared on behalf of the United States of America.  The Court reviewed the disclosure statement and plan, noting that the disclosure statement did not include financial projections and had other deficiencies that made it not adequate. Based upon the record, including the other motions in this case heard at the same time as the Adequacy Hearing, following oral argument, and GOOD CAUSE appearing,

**IT IS HEREBY ORDERED** that the United States Trustee is directed to appoint a Chapter 11 Trustee in this case.

/ / /

/ / /

/ / /

1

1     **IT IS FURTHER ORDERED** that the Adequacy Hearing is continued to August 21, 2018
2 at 2:00 pm in Courtroom 1668.  The Chapter 11 trustee shall file a status report with the Court on or
3 before August 14, 2018.
4     **IT IS SO ORDERED**.
5 # # #

Date: July 19, 2018

*/s/ Barry Russell*
_____
Barry Russell
United States Bankruptcy Judge